JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTHERFORD RONALD ROGERS, | Case No. CV13-6607-MMM (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| RICHARD B. IVES, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 14, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE